**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ROBERT BARR<br>Plaintiff,<br><br>v.<br><br>NEW YORK STATE HIGHER<br>EDUCATION SERVICES<br>CORPORATION,<br>Defendant. | C.A. No. 07-CV-00436-S-LDA |

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes the Plaintiff Robert Barr, by and through his counsel, and pursuant to F.R.C.P. Rule 41(a)(1), hereby voluntarily dismisses Defendant New York State Higher Education Services Corporation from the above-captioned action, without prejudice, and without costs to either party.

Plaintiff,
By his attorney,

Andrew J. Tine (RI Bar # 6756)
Law Offices of Andrew J. Tine
251 Thames Street
Bristol, Rhode Island, 02809
(401)-396-9002

**CERTIFICATE OF SERVICE**

I, Andrew J. Tine, hereby certify that I served a copy of the foregoing document on all counsel of record this 19 day of March, 2008.